# EXHIBIT G

FOR SETTLEMENT PURPOSES ONLY

# Damage Calculations - Demetrius Guirand

(Caribbean Social)

## Unpaid Wages - Minimum Wage

**(Proper Pay Rate - Paid Rate) x (Hours Per Week) x (Number of Weeks)**

| Period Start | Period End | Weeks | Regular Hours Per Week | Proper Pay Rate | Act. Pay Rate | TOTAL |
|---|---|---|---|---|---|---|
| 10/01/20 | 12/31/20 | 13.14 | 40.00 | $15.00 | $10.00 | $2,628.57 |
| 01/01/21 | 02/01/21 | 4.57 | 40.00 | $15.00 | $10.00 | $914.29 |
| 02/01/21 | 04/01/21 | 8.57 | 40.00 | $15.00 | $10.00 | $1,714.29 |
| 04/01/21 | 07/12/21 | 14.71 | 40.00 | $18.00 | $18.00 | $0.00 |
| 07/12/21 | 10/31/21 | 16.00 | 40.00 | $15.00 | $0.00 | $9,600.00 |
| Liquidated Damages | | | | | | $14,857.14 |
| **TOTAL** | | | | | | **$29,714.29** |

## Unpaid Wages - Overtime Wage

**(Proper Pay Rate - Paid Rate) x (Hours Per Week) x (Number of Weeks)**

| Period Start | Period End | Weeks | OT Hours Per Week | Proper Pay Rate | Act. Pay Rate | TOTAL |
|---|---|---|---|---|---|---|
| 10/01/20 | 12/31/20 | 13.14 | 68.50 | $22.50 | $17.50 | $4,501.43 |
| 01/01/21 | 02/01/21 | 4.57 | 68.50 | $22.50 | $17.50 | $1,565.71 |
| 02/01/21 | 04/01/21 | 8.57 | 68.50 | $22.50 | $17.50 | $2,935.71 |
| 04/01/21 | 07/12/21 | 14.71 | 68.50 | $27.00 | $27.00 | $0.00 |
| 07/12/21 | 10/31/21 | 16.00 | 68.50 | $22.50 | $0.00 | $24,660.00 |
| Liquidated Damages | | | | | | $33,662.86 |
| **TOTAL** | | | | | | **$67,325.71** |

## Spread Damages

**(Spread Days Per Week) x (Minimum Wage) x (Number of Weeks)**

| Period Start | Period End | Weeks | Spread Days Per Week | Minimum Wage | TOTAL |
|---|---|---|---|---|---|
| 10/01/20 | 12/31/20 | 13.14 | 7 | $15.00 | $1,380.00 |
| 01/01/21 | 02/01/21 | 4.57 | 7 | $15.00 | $480.00 |
| 02/01/21 | 04/01/21 | 8.57 | 7 | $15.00 | $900.00 |
| 04/01/21 | 07/12/21 | 14.71 | 7 | $15.00 | $1,545.00 |
| 07/12/21 | 10/31/21 | 16.00 | 7 | $15.00 | $1,680.00 |
| Liquidated Damages | | | | | $5,985.00 |
| **TOTAL** | | | | | **$11,970.00** |

## Timeshaving - OT

**(Timeshaved Overtime Hours Per Week) x (Proper Pay Rate) x (Number of Weeks)**

| Period Start | Period End | Weeks | Timeshaved Overtime Hours Per Week | Proper Pay Rate | TOTAL |
|---|---|---|---|---|---|
| 10/01/20 | 12/31/20 | 13.14 | 3.50 | $22.50 | $1,035.00 |
| 01/01/21 | 02/01/21 | 4.57 | 3.50 | $22.50 | $360.00 |
| 02/01/21 | 04/01/21 | 8.57 | 31.00 | $22.50 | $5,978.57 |
| 04/01/21 | 07/12/21 | 14.71 | 31.00 | $27.00 | $12,315.86 |
| 07/12/21 | 10/31/21 | 16.00 | 0.00 | $22.50 | $0.00 |
| Liquidated Damages | | | | | $19,689.43 |
| **TOTAL** | | | | | **$39,378.86** |

## Late Payment of Wages

**(Assumed Total Pay) / 2**

| Period Start | Period End | Weeks | Assumed Total Pay | TOTAL |
|---|---|---|---|---|
| 10/01/20 | 12/31/20 | 13.14 | $0.00 | $0.00 |
| 01/01/21 | 02/01/21 | 4.57 | $0.00 | $0.00 |
| 02/01/21 | 04/01/21 | 8.57 | $24,332.14 | $12,166.07 |
| 04/01/21 | 07/12/21 | 14.71 | $50,124.21 | $25,062.11 |
| 07/12/21 | 10/31/21 | 16.00 | $34,260.00 | $17,130.00 |
| **TOTAL** | | | | **$54,358.18** |

## WTPA Penalties

### WTPA Notice Penalties

**(Number of Days) x ($50.00), maximum of $5,000.00**

| Period Start | Period End | Number of Days | Number of Weeks | TOTAL |
|---|---|---|---|---|
| 10/01/20 | 12/31/20 | 92 | 13.14 | $4,600.00 |
| 01/01/21 | 02/01/21 | 32 | 4.57 | $1,600.00 |
| 02/01/21 | 04/01/21 | 60 | 8.57 | $3,000.00 |
| 04/01/21 | 07/12/21 | 103 | 14.71 | $5,150.00 |
| 07/12/21 | 10/31/21 | 112 | 16.00 | $5,600.00 |
| Total | | | | $19,950.00 |
| **ADJUSTED TOTAL** | | | | **$5,000.00** |

### WTPA Statement Penalties

**(Number of Days) x ($250.00), maximum of $5,000.00**

| Period Start | Period End | Number of Days | Number of Weeks | TOTAL |
|---|---|---|---|---|
| 10/01/20 | 12/31/20 | 92 | 13.14 | $23,000.00 |
| 01/01/21 | 02/01/21 | 32 | 4.57 | $8,000.00 |
| 02/01/21 | 04/01/21 | 60 | 8.57 | $15,000.00 |
| 04/01/21 | 07/12/21 | 103 | 14.71 | $25,750.00 |
| 07/12/21 | 10/31/21 | 112 | 16.00 | $28,000.00 |
| Total | | | | $99,750.00 |
| **ADJUSTED TOTAL** | | | | **$5,000.00** |
| **WTPA TOTAL** | | | | **$10,000.00** |

## Back Wages + Punitive Damages

**(Number of Weeks from Termination to Re-Employment) x (Assumed Weekly Wages)**

| Period Start | Period End | Number of Weeks | Assumed Weekly Wages | TOTAL |
|---|---|---|---|---|
| 10/31/21 | 06/30/22 | 34.71 | $2,569.50 | $89,198.36 |
| Punitive Damages | | | | $100,000.00 |
| Compensatory Damages | | | | $100,000.00 |
| **TOTAL** | | | | **$289,198.36** |

## TOTAL

| | |
|---|---|
| Unpaid Wages - Minimum Wage | $14,857.14 |
| Unpaid Wages - Overtime Wage | $33,662.86 |
| Spread Damages | $5,985.00 |
| Timeshaving - OT | $19,689.43 |
| Late Payment of Wages | $54,358.18 |
| WTPA Penalties | $10,000.00 |
| Liquidated Damages | $74,194.43 |
| Back Wages + Punitive Damages | $289,198.36 |
| **TOTAL** | **$501,945.39** |