UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DEMETRIUS GUIRAND, on behalf of himself,
FLSA Collective Plaintiffs, and the Class,

                            Plaintiff,

    - against -

SUEDE HOSPITALITY GROUP, INC
       d/b/a CARIBBEAN SOCIAL,
SUEDE BROOKLYN, INC.
       d/b/a SUEDE RESTAURANT,
CARIBBEAN KITCHEN BROOKLYN INC
       d/b/a CARIBBEAN KITCHEN, and
CHASEN HOLLACIND,

                           Defendants.
-------------------------------------------------------------X

**REPORT AND RECOMMENDATION**
22 CV 6483 (LDH) (CLP)

**POLLAK**, United States Magistrate Judge:

On October 25, 2022, plaintiff Demetrius Guirand, individually and on behalf of all others similarly situated, commenced this action, alleging violations of the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.* ("FLSA") and the New York Labor Law §§ 190, 215, 650, *et seq.* ("NYLL"). (Compl.[1]).

Currently pending before this Court on referral from the Honorable LaShann DeArcy Hall is plaintiff's Motion for Default Judgment (ECF Nos. 26-28).

On February 27, 2024, plaintiff submitted a supplement to the Motion for Default Judgment (ECF No. 33). This supplement provides additional information regarding plaintiff's claims (id.), and includes a recalculation of plaintiff's damages, reducing the total amount requested from $501,945.39 to $342,075.35. (See ECF Nos. 27-7, 33-1). Plaintiff has not filed

---

[1] Citations to "Compl." refer to plaintiff's complaint filed on October 25, 2022 (ECF No. 1).

proof of service of this supplement on defendants and defendants have not been given an opportunity to respond to this revised damages calculation.

Given that plaintiff's supplement significantly alters his Motion for Default Judgment, the Court respectfully recommends that plaintiff's Motion for Default Judgment be denied without prejudice to allow plaintiff to refile his motion with the corrected damages calculations and an updated proposed order, and to provide proof of service on defendants.

It is further recommended that if the District Court adopts this Report and Recommendation that plaintiff be directed to serve his renewed motion within two weeks of the District Court's Order and that defendants be given two weeks thereafter to respond.

Plaintiff is directed to promptly serve a copy of this Report and Recommendation on defendants and to provide the Court with proof of service.

Any objections to this Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within fourteen (14) days of receipt of this Report. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); see also Fed. R. Civ. P. 6(a) (providing the method for computing time). Failure to file objections within the specified time waives the right to appeal the District Court's order. See, e.g., Caidor v. Onondaga Cnty., 517 F.3d 601, 604 (2d Cir. 2008).

**SO ORDERED.**

Dated: Brooklyn, New York
March 1, 2024

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York